5962.  CONSTITUTION PUBLISHING COMPANY *v.* MAY & COMPANY.

RUSSELL, C. J.  Even if the news item published in the newspaper known as "The Atlanta Constitution," as to the institution of proceedings in bankruptcy against the defendants, were sufficient to have conveyed notice or knowledge to the publisher of that newspaper that the defendants had been adjudicated bankrupts (although the plaintiff was not listed as one of the creditors), still there was no proof that "The Atlanta Constitution" was published by the Constitution Publishing Company, and the courts do not judicially know that it was.

> *Judgment reversed.   Wade, J., disqualified.*
>
> DECIDED JULY 29, 1915.

Complaint; from municipal court of Atlanta.  August 13, 1914.

The Constitution Publishing Company sued May & Company on an account for advertising.  The defendants pleaded that on January 1, 1912 (which was subsequent to the date of the account), there was instituted against them a proceeding in bankruptcy, of which the plaintiff had actual notice, and that they were discharged in bankruptcy and were thereby released from the indebtedness in question.  At the trial the defendants introduced in evidence a copy of a newspaper—"The Atlanta Constitution," dated January 3, 1912, which contained a statement as to the institution of bankruptcy proceedings against them; and they introduced certificates showing that they had been discharged in bankruptcy.  In the brief of the evidence it is stated that "the defendants admitted in open court that the account sued on is correct, due, and unpaid," and that it "was not listed in the schedules filed in the bankruptcy proceedings."  The trial resulted in a judgment in favor of the defendants.

*Dorsey, Brewster, Howell & Heyman, John K. MacDonald, Stephen Tighe,* for plaintiff.

*John S. McClelland,* for defendants.